

FILED
MAR - 2 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 15cr3150-BEN |
|---|---|
| v. | ORDER |
| MARIA SOCORRO TOSCANO, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings of Fact and Recommendations of the Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Defendant be committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility for a reasonable period of time, not to exceed four months from the date of this Order, as is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward. The Attorney General may move for an additional period of time as provided at 18 U.S.C. § 4241(d)(2). If, at the end of the time period specified, it is determined that Defendant's mental condition has not so improved as to permit proceedings to go forward, Defendant is subject to the provisions of 18 U.S.C. §§ 4246 and 4248.

//
//

**IT IS FURTHER ORDERED** that under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), time is excluded until Defendant is deemed competent by this Court.

DATED: 3/02/2020

_____
HONORABLE ROGER T. BENITEZ
United States District Judge